IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDGAR MARTINEZ VELLON                                PLAINTIFF

       v.                         Civil No. 13-2195

CORPORAL CHRIS GOODMAN,
Arkansas State Police                                         DEFENDANT

## ORDER

Plaintiff has submitted an application to proceed *in forma pauperis* (Doc. 1). The motion (Doc. 1) is granted. In accordance with the Prison Litigation Reform Act, the Clerk is directed to collect the $350 filing fee from the Plaintiff.

The Court hereby directs the United States Marshal to serve the Defendant. The Defendant may be served at the Arkansas State Police, Troop J, 2700 West Main, Clarksville, AR 72830. Defendant is to be served without prepayment of fees and costs or security therefor. The Defendant is ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for the Defendant.**

IT IS SO ORDERED this 14th day of November 2013.

                                                     /s/ *J. Marschewski*
                                                    HON. JAMES R. MARSCHEWSKI
                                                    CHIEF UNITED STATES MAGISTRATE JUDGE