IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDGAR MARTINEZ VELLON                                                                PLAINTIFF

v.                                   Civil No. 13-2195

CORPORAL CHRIS GOODMAN,
Arkansas State Police                                                                DEFENDANT

**ORDER**

Plaintiff has filed a motion (Doc. 20) for a more definite statement. Plaintiff indicates he has received an Arkansas State Police Radio Transmission Log Form from the Defendant. However, he states he cannot decipher the codes, abbreviations, or numbers on the log.

In response, Defendant asserts that the log was produced in response to Plaintiff's request for production. Defendant states there is no basis for requesting a more definite statement.

Review of the log indicates that Plaintiff is correct. The log cannot be deciphered by one without knowledge of the codes used. By way of example, one line, under the header "information on call or broadcast," provides "10-24 678SFA 98eb."

The motion (Doc. 20) is granted. Regardless of what this motion is called, Plaintiff is entitled to know what these codes, abbreviations, or numbers stand for. Defendant is directed to go line by line on the log and indicate what each code, abbreviation, number, letter sequence, etc., means. Defendant is directed to provide this information to the Plaintiff by **May 23, 2014.**

Defendant has filed a motion (Doc. 22) for an extension of time to file his summary judgment motion. The motion (Doc. 22) is granted. Defendant has until June 2nd to file his summary judgment motion.

IT IS SO ORDERED this 8th day of May 2014.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE