IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

EDGAR MARTINEZ VELLON                                                                      PLAINTIFF

v.                                        Case No. 2:13-CV-02195

CORPORAL CHRIS GOODMAN,
Arkansas State Police                                                                      DEFENDANT

**O R D E R**

    Currently before the Court are the proposed findings and recommendations (Doc. 54) filed in this case on March 2, 2015, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  The time for filing objections has passed, and no objections have been filed by any party.

    The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendant Corporal Chris Goodman's motion for summary judgment (Doc. 29) is GRANTED.  Claims against Corporal Goodman in his official capacity are DISMISSED WITH PREJUDICE.  Claims against Corporal Goodman in his individual capacity are DISMISSED WITHOUT PREJUDICE.

    Plaintiff's motion to appoint counsel (Doc. 53) is DENIED AS MOOT.

    Judgment will be entered accordingly.

    IT IS SO ORDERED this 10th day of April, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE